**People of the State of Illinois, Plaintiff-Appellee, v. Robert Wilson, Defendant-Appellant.**

**Gen. No. 49,477.  (Abstract of Decision.)**

First District, Second Division.

July 3, 1964.

Marshall Patner, of Chicago, for appellant; William G. Clark, Attorney General, of Springfield (Daniel P. Ward, State's Attorney, of Chicago, Fred G. Leach and E. Michael O'Brien, Assistant Attorneys General, Elmer C. Kissane and Richard T. Buck, Assistant State's Attorneys, of counsel), for appellee. Opinion by JUSTICE FRIEND. Not to be published in full.